## Pratt and Barker *vs.* the Bank of Windsor.

1841.
First Circuit.

Pratt and
Barker
*vs.*
Bank of
Windsor.

The service of a subpœna upon a defendant out of the state is irregular.

This was a motion to set aside the default entered in this case, and the service of the subpœna, on the ground that the subpœna was served out of the state. It appeared that the subpœna was served on the defendants in the state of Vermont.

February 2.

D. Goodwin in support of the motion.

The service of the subpœna was irregular and void; the service and all subsequent proceedings must, therefore, be set aside. *R. S.*, 366, 367, 371; *Dunn* vs. *Dunn*, 4, *Paige R.*, 425.

T. Romeyn opposed the motion.

Cited 1 *Hoff*, *Pr.*, 110 *to* 112, *n.*

The Chancellor. This motion must be granted on the authority of the case of *Dunn* vs. *Dunn*, 4 *Paige*, 425. The case is there fully considered, and Chancellor Walworth, after a full examination of all the authorities upon the subject, comes to the conclusion, that the service of a subpœna out of the state, is irregular.

Motion granted.